In the Matter of the Application of EDWARD B. LONG et al., as Trustees, etc.

(Argued June 3, 1891; decided June 23, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 8,

1890, which affirmed an order of Special Term, appointing commissioners to ascertain the compensation to be awarded to Charles Butler, claimant, for land taken for sewage purposes.

*Willard Parker Butler* for appellant.

*H. T. Dykman* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.